

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

    v.

MICAH I. COHEN

Case No. 2:25mj288

Court Date: February 4, 2026

## CRIMINAL INFORMATION

### COUNT ONE

Misdemeanor - Violation No. E2102491

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 23, 2025, at Naval Station Norfolk, Norfolk, Virginia, in the Eastern District of Virginia, the defendant, MICAH I. COHEN, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

### COUNT TWO

Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 23, 2025, at Naval Station Norfolk, Norfolk, Virginia, in the Eastern District of Virginia, the defendant, MICAH I. COHEN, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

FILED

DEC 2 2 2025

CLERK U.S. DISTRICT COURT
NORFOLK, VA

COUNT THREE

Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 23, 2025, at Naval Station Norfolk,

Norfolk, Virginia, on lands acquired for the use of the United States

and within the special maritime and territorial jurisdiction thereof,

in the Eastern District of Virginia, the defendant, MICAH I. COHEN,

did knowingly, and without just cause, obstruct law enforcement

officers in the performance of their duties as such.

(In violation of Title 18, United States Code, Sections 7 and 13,
assimilating Code of Virginia, Section 18.2-460.)

Respectfully submitted,

LINDSEY HALLIGAN
UNITED STATES ATTORNEY AND SPECIAL
ATTORNEY

TODD W. BLANCHE
DEPUTY ATTORNEY GENERAL

ROBERT K. MCBRIDE
FIRST ASSISTANT UNITED STATES ATTORNEY

By:    *Ashley J. Young*
_____
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6712
Email: Ashley.Young@usdoj.gov

CERTIFICATE OF MAILING

     I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Ashley J. Young*

_____

Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6712
Email: Ashley.Young@usdoj.gov


**19 December 2025**

_____
Date