**MISDEMEANOR MINUTES:**

| | | | |
|---|---|---|---|
| Time set: | 9:00 | Date: | 2/4/26 |
| Start Time: | | Presiding Judge: | Lawrence R. Leonard, USMJ |
| End Time: | | Courtroom Deputy: | Woodcock, L |
| Recorded by: | FTR-Mag 2 | U.S. Attorney: | Ashley Young, SAUSA |
| | | Defense Counsel: | |

Case Number:  _2:25mj 288_

( ) Retained          ( ) Court-appointed
( ) AFPD             ( ) Waived Counsel

USA v. _Micah I. Cohen_

**COUNTS:**
1) _Theft of Govt Property_
2) _Trespass on Naval Installation_
3) _obstruct LEO_
4) _____

( ) Present ( ) In custody (X) No appearance ( ) Excused Prior to Court
( ) Initial Appearance (X) Docket Call ( ) Plea of Guilty ( ) Bench Trial ( ) Jury Trial
( ) Defendant advised of rights
( ) Oral admonition as required by DPPA given to the prosecutor
( ) Consent to Proceed before U.S. Magistrate Judge executed and filed in open court
( ) Acknowledgment of Rights Form executed and filed in open court
( ) Standard Probation Conditions Form executed and filed in open court
(X) Government motion: ( ) Warrant ( ) Summons (X) Continue ( ) DWOP ( ) DWP
( ) Other _____ (X) Granted ( ) Denied
( ) Defendant motion: ( ) Continue ( ) Judgment of Acquittal ( ) Strike
( ) Other _____ ( ) Granted          ( ) Denied
( ) Counsel desired; Court ( ) Directed ( ) Denied ( ) Government not seeking jail time
( ) Defendant shall reimburse govt. for court appointed counsel at rate of $ _____/mo. beginning on _____
( ) Defendant to retain counsel ( ) Retained Counsel _____
(X) Case continued to 9:00 a.m. on _3/4_____
( ) Bond set _____
( ) Additional conditions of release

( ) Proffer
( ) Statement by Defendant
( ) Found Guilty          ( ) Found Not Guilty
( ) Dismissed by Court

( ) Evidence & Witnesses presented
( ) PSR WAIVED by all parties
( ) Continued for Pre-sentence Report
( ) Advised of Right to Appeal

( ) Sentencing: _____
( ) Jail: _____ ( ) To be released at 5:00 p.m. today ( ) As special condition of probation
( ) Remanded ( ) Report as directed by U.S. Probation Office
( ) Jail time may be served on weekends as directed by U.S. Probation
( ) Probation: _____ ( ) Supervised Release: _____
( ) The defendant is prohibited from operating a motor vehicle in the special maritime and territorial jurisdiction of the United States, pursuant to 18 U.S.C. § 13(b)(1), for one (1) year.
( ) The defendant shall not operate a motor vehicle unless properly licensed to do so.
( ) If the defendant obtains a restricted license pursuant to law after any license suspension or revocation by any issuing state due to this conviction, the defendant may operate a motor vehicle, including in the special maritime and territorial jurisdiction of the United States, subject to compliance with the terms of the restricted license.
( ) Defendant is directed to participate in an alcohol treatment/education program, under the supervision of the Probation Office.
( ) Defendant is directed to serve _____ hours of community service.
( ) Defendant is directed to participate in a theft prevention program as directed by the U. S. Probation office.

| FINE: | ASSESSMENT: | PROCESSING FEE: | RESTITUTION: |
|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ |
| $ _____ | $ _____ | $ _____ | $ _____ |
| $ _____ | $ _____ | $ _____ | $ _____ |
| $ _____ | $ _____ | $ _____ | $ _____ |

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ )  The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____    _____

                                    *Custodian*                                          *Date*

( ☐ )  The defendant must:

( ☐ )  (a)  submit to supervision by and report for supervision to the <u>United States Probation Office,</u> telephone number <u>(757) 222-7300</u>, no later than <u>Today</u>

( ☐ )  (b)  continue or actively seek employment.

( ☐ )  (c)  continue or start an education program.

( ☐ )  (d)  surrender any passport to: _____

( ☐ )  (e)  not obtain a passport or other international travel document.

( ☐ )  (f)  abide by the following restrictions on personal association, residence, or travel: _____
_____

( ☐ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

( ☐ ) avoid contact with minors under age 18, unless another adult is present who has been approved in advance by Pretrial Services.

( ☐ )  (h)  get medical or psychiatric treatment: _____

( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
_____

( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☐ )  (k)  not possess a firearm, destructive device, or other weapon.

( ☐ )  (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.

( ☐ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ☐ )  (n)  submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.

( ☐ )  (o)  participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer.

( ☐ )  (p)  participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol.

( ☐ ) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.

( ☐ )  (q)  participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

i. Following the location restriction component **(check one):**

( ☐ ) (1)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or

( ☐ ) (2)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or

( ☐ ) (3)  **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court; or

( ☐ ) (4)  **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.