**MISDEMEANOR MINUTES:**

| | | | |
|---|---|---|---|
| Time set: | 9:00 a.m. | Date: | 3/4/2026 |
| Start Time: | | Presiding Judge: | Robert J. Krask, USMJ |
| End Time: | | Courtroom Deputy: | Titus, B |
| Recorded by: | FTR – Mag 2 | U.S. Attorney: | Ashley Young, SAUSA |
| | | Defense Counsel: | |

Case Number: **2:25mj288**

( ) Retained       ( ) Court-appointed
( ) AFPD           ( ) Waived Counsel

USA v. **Micah I. Cohen**

COUNTS:
1) Theft of govt. property
2) Trespass on Naval Installation
3) Obstruct law enforcement
4)

( ) Present ( ) In custody (X) No appearance ( ) Excused Prior to Court
( ) Initial Appearance (X) Docket Call ( ) Plea of Guilty ( ) Bench Trial ( ) Jury Trial
( ) Defendant advised of rights
( ) Oral admonition as required by DPPA given to the prosecutor
( ) Consent to Proceed before U.S. Magistrate Judge executed and filed in open court
( ) Acknowledgment of Rights Form executed and filed in open court
( ) Standard Probation Conditions Form executed and filed in open court
(X) Government motion: (X) Warrant ( ) Summons ( ) Continue ( ) DWOP ( ) DWP
( ) Other _____ (X) Granted   ( ) Denied
( ) Defendant motion: ( ) Continue ( ) Judgment of Acquittal ( ) Strike
( ) Other _____ ( ) Granted       ( ) Denied
( ) Counsel desired; Court ( ) Directed ( ) Denied ( ) Government not seeking jail time
( ) Defendant shall reimburse govt. for court appointed counsel at rate of $ _____/mo. beginning on _____
( ) Defendant to retain counsel ( ) Retained Counsel _____
( ) Case continued to 9:00 a.m. on _____
( ) Bond set _____
( ) Additional conditions of release

( ) Proffer                                  ( ) Evidence & Witnesses presented
( ) Statement by Defendant                   ( ) PSR WAIVED by all parties
( ) Found Guilty      ( ) Found Not Guilty   ( ) Continued for Pre-sentence Report
( ) Dismissed by Court                       ( ) Advised of Right to Appeal

( ) Sentencing: _____
( ) Jail: _____( ) To be released at 5:00 p.m. today ( ) As special condition of probation
( ) Remanded ( ) Report as directed by U.S. Probation Office ( ) Jail time may be served on weekends as directed by Probation
( ) Probation: _____ ( ) Supervised Release: _____
( ) The defendant is prohibited from operating a motor vehicle in the special maritime and territorial jurisdiction of the United States, pursuant to 18 U.S.C. § 13(b)(1), for one (1) year.
( ) The defendant shall not operate a motor vehicle unless properly licensed to do so.
( ) If the defendant obtains a restricted license pursuant to law after any license suspension or revocation by any issuing state due to this conviction, the defendant may operate a motor vehicle, including in the special maritime and territorial jurisdiction of the United States, subject to compliance with the terms of the restricted license.
( ) Defendant shall not consume alcohol ( ) to excess ( ) at all.
( ) Defendant is directed to participate in an alcohol education/treatment and or mental health program as directed by Probation.
( ) Defendant is directed to serve _____ hours of community service.
( ) Defendant is directed to participate in a theft prevention program as directed by the U. S. Probation office.

| FINE: | ASSESSMENT: | PROCESSING FEE: | RESTITUTION: |
|---|---|---|---|
| $ | $ | $ | $ |
| $ | $ | $ | $ |
| $ | $ | $ | $ |
| $ | $ | $ | $ |

AO 199B (Rev. 09/24) Additional Conditions of Release                                                                    Page ___ of ___

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (7)  The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____  Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____      _____
                            *Custodian*                                              *Date*

( ☐ ) (8)  The defendant must:

( ☐ ) (a)  submit to supervision by and report for supervision to the United States Probation Office, telephone number (757) 222-7300, no later than Today

( ☐ ) (b)  continue or actively seek employment.

( ☐ ) (c)  continue or start an education program.

( ☐ ) (d)  surrender any passport to: _____

( ☐ ) (e)  not obtain a passport or other international travel document.

( ☐ ) (f)  abide by the following restrictions on personal association, residence, or travel: _____
_____

( ☐ ) (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

( ☐ ) avoid contact with minors under age 18, unless another adult is present who has been approved in advance by Pretrial Services.

( ☐ ) (h)  get medical or psychiatric treatment: _____

( ☐ ) (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
_____

( ☐ ) (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☐ ) (k)  not possess a firearm, destructive device, or other weapon.

( ☐ ) (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.

( ☐ ) (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ☐ ) (n)  submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.

( ☐ ) (o)  participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer.

( ☐ ) (p)  participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol.

( ☐ ) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.

( ☐ ) (q)  participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

i. Following the location restriction component (**check one**):

( ☐ ) (1)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or

( ☐ ) (2)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or

( ☐ ) (3)  **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court; or

( ☐ ) (4)  **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

AO 199B (Rev. 09/24) Additional Conditions of Release                                                                Page ___ of ___

## ADDITIONAL CONDITIONS OF RELEASE

(ii) submit to the following location monitoring technology (**check one**):

(☐ ) (1)   Location monitoring technology as directed by the pretrial services or supervising officer; or

(☐ ) (2)   GPS; or

(☐ ) (3)   Radio Frequency; or

(☐ ) (4)   Voice Recognition; or

(☐ ) (5)   Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

(iii)   (☐ ) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer

( ☐ ) (r)   report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(☐ ) (s)   provide the Probation Officer access to any requested financial information and authorize the release of any financial information.

(☐ )   (t) notify current or future employers of charges offense (  ) and provide contact information for individual responsible for internet monitoring at place of employment.

(☐ )   (u) not incur new credit charges, or apply for or open additional lines of credit, loans, or financial or bank accounts without the prior approval of the probation office.

(☐ )   (v) not engage in any occupation that would require or enable access to the personal identity or financial information of others without the prior approval of the probation office.

(☐ )   (w) submit to mental health and/or sex offender evaluation and treatment as directed by the U.S. Probation Office.

(☐ )   (x) refrain from possessing or having access to any computer or the internet unless a computer monitoring program has been installed by Pretrial. The defendant shall not remove or in any way circumvent the software. The cost to be paid by defendant.

(☐ )   (y) not use, have possession, or access any computers, bulletin boards, chat rooms, video gaming system and console, phones with internet capabilities, or other such devices which would enable contact and/or date sharing with others unless a computer monitoring program has been installed.

(☐) <u>All previous conditions remain in effect</u>

(☐) (z) _____

(☐) (aa) _____

(☐) (bb) _____

(☐) (cc) _____

(☐) (dd) _____

(☐) (ee) _____

(☐) (ff) _____

(☐) (gg) _____

(☐) (hh) _____

(☐) (ii) _____

(☐) (jj) _____

(☐) (kk) _____

(☐) (ll) _____